FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 12  PM 3:25

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Gerard R. Kuhn, Jr.
~~ROBERT PERRIN, ET AL~~        *   C.A. NO. 08-3230
                                *
V.                              *   SECTION: "__"
                                *                  SECT. F  MAG. 4
EXPERT OIL AND GAS, LLC         *   MAGISTRATE NO.:

*************************************************************************

### AMENDED COMPLAINT OF GERARD R. KUHN, JR.

NOW INTO COURT, through undersigned counsel, come plaintiffs, Robert Perrin, Kenneth Perrin and Robert Dufrene who, pursuant to the order of this Honorable Court dated March 12, 2008 respectfully amend their original class action (Exhibit "A")" to add Gerard R. Kuhn, Jr. as claimant herein as follows:

#### IV. (A)

Claimant, Gerard R. Kuhn, Jr. is a person of the age of majority, domiciled in Jefferson Parish, Louisiana.

#### XV.(A)

Claimant, Gerard R. Kuhn, Jr. is a licensed commercial shrimper who shrimps in Louisiana Department of Wildlife and Fisheries Areas 203, 209, and 211.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

### XVI.(A)

As a proximate result of the oil spill, Gerard R. Kuhn, Jr. sustained the following non-exclusive damages:

(A)  Loss of present earnings from commercial shrimping in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211;

(B)  Loss of future earnings from commercial shrimping in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211.

### XXVIII.

Claimant further re-avers and asserts the facts and claims stated in each and every paragraph of the original Class Action filed herein (Exhibit "A).

WHEREFORE, claimant prays for a judgment against the defendant, ExPert Oil and Gas, LLC for such damages as are reasonable in the premises, with attorney's fees and costs, and legal interest thereon from the date of judicial demand until paid.

Respectfully submitted,

_____
L. STEPHEN COX (La. Bar No. 26007)
2400 Jean Lafitte Boulevard
Lafitte, Louisiana 70067
Telephone: (504) 689-0401
Facsimile: (504) 689-0403
Attorney for Claimant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT PERRIN, ET AL | * | C.A. NO. _____ |
| | * | |
| V. | * | SECTION: "__" |
| | * | |
| EXPERT OIL AND GAS, LLC | * | MAGISTRATE NO.: |

*************************************************************************

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Amended Complaint has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this 12th day of May, 2008.

_____
L. STEPHEN COX