DIV. P
JUDGE
MELVIN C. ZENO

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: 644-417                                        DIVISION " "

ROBERT PERRIN, KENNETH PERRIN AND ROBERT DUFRENE

VERSUS

EXPERT OIL AND GAS, LLC

FILED: _____     _____
                                        DEPUTY CLERK

## CLASS ACTION

NOW INTO COURT, through undersigned counsel, come plaintiffs, Robert Perrin, Kenneth Perrin and Robert Dufrene who, as representatives of the classes of individuals affected by the Bayou Perot oil spill of January 21, 2007 respectfully aver as follows:

I.

Venue is proper as the actions giving rise to this Petition occurred in Jefferson Parish, Louisiana.

II.

Plaintiff, Robert Perrin, is a person of the age of majority, domiciled in Jefferson Parish, Louisiana.

III.

Plaintiff, Kenneth Perrin, is a person of the age of majority, domiciled in Jefferson Parish, Louisiana.

IV.

Plaintiff, Robert Dufrene, is a person of the age of majority, domiciled in Jefferson Parish, Louisiana.

V.

Made defendant herein is Expert Oil and Gas, LLC, a Louisiana limited liability company with its principle place of business in Covington, Louisiana.

1

EXHIBIT "A"

VI.

On or about January 21, 2007, an oil well owned by Expert Oil and Gas, LLC, and designated as SW 18748 #1 began discharging oil into the waterway southeast of Lake Salvador, known as Bayou Perot. The oil spill continued, unabated until January 25, 2007. As a result of the discharge, more than 100,000 gallons of oil was spilled into the waterway.

VII.

As a result of the discharge, oil pollution from well SW 18748 #1 spread throughout Bayou Perot and its adjacent lands, westward to Lake Salvador, eastward to Bayou Rigolettes southward to Little Lake and further south to Barataria Bay. The affected areas are designated as Areas 203, 208, 209, and 211 by the Louisiana Department of Wildlife and Fisheries, a map detailing the areas is attached hereto as Exhibit "A".

VIII.

Having polluted the aforementioned waterways, the oil spill had the following effects: (1) polluting privately owned land on the banks of those waterways; (2) coating and damaging fishing, crabbing and shrimping equipment employed in those waterways; (3) damaging the crab populations in those waterways; (4) damaging the shrimp populations in this waterways; (5) damaging the fish population in those waterways.

IX.

Accordingly, the classes of claimants herein may be categorized as follows: (1) owners of damaged property located in or adjacent to Louisiana Department of Wildlife and Fisheries Areas 203, 208 and 209; (2) commercial crabbers who crab in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211 ; (3) commercial shrimpers who shrimp in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211; (4) commercial fishermen who fish in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211; and any combination thereof.

## PROPERTY OWNERS

Robert Dufrene is the owner of an interest in seventy-three (73) acres of property bordering on Bayou Perot, Louisiana Department of Wildlife and Fisheries Area 209.

X.

As a result of the aforementioned oil spill, his property has been inundated with oil pollution, thereby causing irreparable damage and harm. Furthermore, as a result of the oil pollution, Robert Dufrene has suffered the loss of natural resources on the property, including but not limited to, loss of wildlife, loss of aquatic life, loss of plant life and loss of enjoyment of the property. Finally, plaintiff has also suffered a diminution in value of the affected property

XI.

These damages are representative of the damages claimed by the entire class of the owners of property in Louisiana Department of Wildlife and Fisheries Areas 203, 208 and 209.

### CRABBERS

XII.

Plaintiff, Robert Perrin, is a licensed commercial crabber who crabs in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211.

XIII.

At the time of the oil spill, Mr. Perrin had approximately 200 crab traps located in Bayou Perot, Area 209, valued at $25.00 apiece, which traps were damages and destroyed as a result of being coated with the oil pollution.

XIV.

As a proximate result of the oil spill, Robert Perrin sustained the following non-exclusive damages, which damages are representative of the claims of the entire class:

(A)  loss of equipment;

(B)  loss of present earnings;

(C)  loss of future earning from commercial crabbing in Louisiana Department of Wildlife and Fisheries Areas 203, 209. And 211.

### SHRIMPERS

XV.

Plaintiff, Kenneth Perrin, is a licensed commercial shrimper who shrimps in Louisiana Department of Wildlife and Fisheries Areas 203, 209,and 211.

XVI.

As a proximate result of the oil spill, Kenneth Perrin sustained the following non-exclusive damages, which damages are representative of the claims of the entire class:

(A) loss of present earnings from commercial shrimping in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211;

(B) loss of future earnings from commercial shrimping in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211.

XVII.

In addition to the foregoing, Kenneth Perrin is also a licensed commercial crabber, who states a claim for crabbing losses as detailed above.

## FISHERMEN

XVIII.

In addition to being a property owner, plaintiff, Robert Dufrene, is a licensed commercial fisherman, who fishes for fin fish in Louisiana Department of Wildlife and Fisheries Area 203, 209 and 211.

XIX.

As a proximate result of the oil spill, Robert Dufrene sustained the following non-exclusive damages, which damages are representative of the entire class:

(A) loss of earning from commercial fishing in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211;

(B) loss of future earning from commercial fishing in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211.

XX.

At the time of this filing, it is believed that the class of fishermen who crab in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211 numbers approximately 100 fishermen.

XXI.

At the time of this filing, it is believed that the class of licensed commercial shrimpers who shrimp in Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211 and who were affected by the oil spill numbers approximately about 150 fishermen.

4

XXII.

At the time of this filing it is believed that the class of licensed commercial fin fishermen who fish in the Louisiana Department of Wildlife and Fisheries Areas 203, 209 and 211 and were affected by the oil spill numbers about 50 fishermen.

XXIII.

The questions of law and fact common to the classes are: (A) the liability of the defendant to the members of the classes for damages arising from the oil spill pursuant to the Oil Pollution Act of 1990 (33USC2714(c)), and pursuant to La. R.S.30:2454, *et seq*. (And in particular, La. R.S. 30:2482). (B) the nature and extent of the damages sustained by members of the classes.

XXIV.

Pursuant to the Louisiana Oil Spill Prevention and Response Act, the owner of an oil well discharging petroleum pollutants into a waterway is liable for up to $350,000,000.00 in damages arising from that discharge. Furthermore, pursuant to La. R.S. 30: 2482, the owner of the well must pay all removable costs and damages, regardless of any defenses that the owner may assert.

XXV.

Furthermore, defendant is liable unto the plaintiff for damages arising from its own negligence in failing to properly mark or maintain the well at issue pursuant to La. C.C. Article 2315, *et seq*.

XXVI.

The amount in controversy exceeding the statutory limit herein, plaintiffs request trial by jury.

XXVII.

The foregoing constituting a class action within the meaning of the Louisiana Code of Civil Procedure, plaintiffs pray for the expenses of litigation, including attorney's fees and costs pursuant to La.C.C.P. Article 595.

WHEREFORE, plaintiffs Robert Perrin, Kenneth Perrin and Robert Dufrene, as representatives of the classes of property owners and fishermen affected by the Bayou Perot oil spill, pray that class certification be issued herein and further pray for a judgment against the defendant, ExPert Oil and Gas, LLC for such damages as are reasonable in the premises, with

attorney's fees and costs, and legal interest thereon from the date of judicial demand until paid.

Respectfully submitted,

L. STEPHEN COX (La. Bar No. 26007)
2400 Jean Lafitte Boulevard
Lafitte, Louisiana 70067
Telephone: (504) 689-0401
Facsimile: (504) 689-0403
Attorney for Plaintiffs

PLEASE SERVE:

Agent for Service of Process:
William Henry Von Eberstein, Jr.
109 North Park Boulevard, Suite 520
Covington, Louisiana 70433

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT PERRIN, ET AL. | * | C.A. NO. 07-2878 |
| | * | |
| V. | * | SECTION: "F" |
| | * | |
| EXPERT OIL AND GAS, LLC | * | MAGISTRATE NO.: 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE MOTION OF THE CLAIMANTS, ROBERT PERRIN, KENNETH PERRIN AND ROBERT DUFRENE FOR LEAVE TO AMEND THEIR CLAIM;

IT IS HEREBY ORDERED that movants are granted leave to amend their complaint herein, adding as parties plaintiff those potential claimants who were the subject of movants' class certification request.

IT IS FURTHER ORDERED that the amended complaints be filed no later than the 13th day of MAY, 2008, that each claimant be assigned a separate docket number, and that each claim be allocated to this division for further adjudication.

NEW ORLEANS, LOUISIANA this 12th day of MARCH, 2008.

_____
JUDGE